# EXHIBIT 8



Investigator Buy No. 15010
Purchased from Amazon.com

WHEEL REPLICAS V1175 Gun Metal Wheel with Machined Face
(17x18"/5x112mm)



Investigator Buy No. 15010
Purchased from Amazon.com

WHEEL REPLICAS V1175 Gun Metal Wheel with Machined Face
(17x18"/5x112mm)



Investigator Buy No. 15053
Purchased from Amazon.com

Wheel Replicas V1175 Gun Metal
w/Machined Face (17x8")



Investigator Buy No. 15053
Purchased from Amazon.com

Wheel Replicas V1175 Gun Metal
w/Machined Face (17x8")

# EXHIBIT 9a



Investigator Buy No. 15021
Purchased from Amazon.com

Wheel Replicas V1174 Gun Metal Wheel with Machined Face
(17x8"/5x112mm)



Investigator Buy No. 15021
Purchased from Amazon.com

Wheel Replicas V1174 Gun Metal Wheel with Machined Face
(17x8"/5x112mm)

# EXHIBIT 9b



**Investigator Buy No. 15030
Purchased from Amazon.com**

**Wheel Replicas V1174 Gun Metal Wheel with Machined Face (18x8.5")**