Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAIMLER AG, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. <br><br> Defendant. | No. 16-CV-00518-RSM <br><br> STIPULATED MOTION AND ORDER TO STAY PURSUANT TO 28 U.S.C. § 1659 |

Amazon.com, Inc. ("Amazon") respectfully submits this stipulated motion to stay this case pending resolution of a proceeding pending before the United States International Trade Commission (the "Commission") to which Daimler has provided its consent. On June 13, 2016, the Commission instituted an investigation based on allegations substantively identical to the allegations in the Complaint in this case. 28 U.S.C. § 1659 provides that a District Court "shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." Therefore, Amazon, with Daimler's consent, respectfully requests that the Court stay this case pending the resolution of the investigation before the Commission.

Stipulated Motion
16-CV-00518-RSM

**Perkins Coie, LLP**
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000
Fax: 206.359.9000

Dated: June 16, 2016

By: s/ *Grant Kinsel*
  Grant Kinsel, WSBA No. 49576
GKinsel@perkinscoie.com
Christina J. McCullough, WSBA No. 47147
CMcCullough@perkinscoie.com
**Perkins Coie, LLP**
1201 Third Ave., 49th Floor
Seattle, WA 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000

Attorneys for AMAZON.COM, INC.

Dated: June 16, 2016

By: s/ *Larry E. Altenbrun*
Larry E. Altenbrun, WSBA No. 31475
**Nicoll Black & Feig**
1325 Fourth Ave., Suite 1650
Seattle, WA 98101
Tel: (206) 838-7555
Fax: (206) 838-7515

THE MARBURY LAW GROUP, PLLC
Shauna M. Wertheim
  Timothy W. Johnson
  Joanna L. Cohn
  11800 Sunrise Valley Drive, 15th Fl.
  Reston, Virginia 20191
  Telephone:  (703) 391-2900
  Facsimile:   (703) 391-2901
swertheim@marburylaw.com
tjohnson@marburylaw.com
jcohn@marburylaw.com
Pro Hac Vice Counsel for Plaintiff Daimler AG

Attorneys for DAIMLER AG

## ORDER

**IT IS SO ORDERED**.

Dated this 20 day of June, 2016

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE


Presented by:

By:  s/ *Grant Kinsel*
       Grant Kinsel, WSBA No. 49576
GKinsel@perkinscoie.com
Christina J. McCullough, WSBA No. 47147
CMcCullough@perkinscoie.com
**Perkins Coie, LLP**
1201 Third Ave., 49th Floor
Seattle, WA 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000

Attorneys for AMAZON.COM, INC.


By:  s/ *Larry E. Altenbrun*
       Larry E. Altenbrun, WSBA No. 31475
**Nicoll Black & Feig**
1325 Fourth Ave., Suite 1650
Seattle, WA 98101
Tel: (206) 838-7555
Fax: (206) 838-7515

Attorneys for DAIMLER AG