**THE HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAIMLER AG, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No.: 2:16-cv-00518-RSM<br><br>**PLAINTIFF DAIMLER AG'S MOTION TO LIFT STAY UNDER 28 U.S.C. § 1659**<br><br>NOTE ON MOTION CALENDAR:<br>September 8, 2017 |

## I. INTRODUCTION

Daimler AG ("Daimler") respectfully submits this motion requesting that the stay of the instant case that was implemented by this Court's Order dated June 20, 2016 (ECF No. 18) be lifted pursuant to 28 U.S.C. § 1659(a).

## II. BACKGROUND

On June 20, 2016, this Court granted a Stipulated Motion to Stay Action pursuant to 28 U.S.C. § 1659(a) pending the final determination by the International Trade Commission (the "Commission") of Investigation No. 337-1006 (the "Investigation"), filed by Defendant Amazon.com, Inc. ("Amazon"). Pursuant to the order granting the stipulated motion, this matter was stayed "pending the resolution of the investigation before the Commission." (ECF No. 18).

PLAINTIFF'S MOTION TO LIFT STAY - 1
(No. 2:16-cv-00518-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

On December 2, 2016, the Administrative Law Judge ("ALJ") issued an Initial Determination that terminated the Investigation as to Amazon. *See* Declaration of Shauna M. Wertheim, dated August 11, 2017 ("Wertheim Decl.") at Ex. A. The Commission determined not to review the Initial Determination and terminated the Investigation as to Amazon, rendering the Initial Determination the final determination on December 16, 2016. *See* Wertheim Decl. at Ex. B. On January 23, 2017, the ALJ issued another Initial Determination which terminated the Investigation in its entirety based on the withdrawal of the Complaint as to the last remaining respondents. *See* Wertheim Decl. at Ex. C. The Commission determined not to review that Initial Determination and terminated the Investigation, rendering that Initial Determination the final determination on February 9, 2017. *See* Wertheim Decl. at Ex. D.

Since the final determination the parties have engaged in settlement discussions which have not resolved the matter.

### III. LEGAL STANDARD

28 U.S.C. § 1659(a) provides that "at the request of … a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). "§ 1659 requires that the stay of the district court proceedings continue until the Commission proceedings are no longer subject to judicial review." *In re Princo Corp.*, 478 F.3d 1345, 1355 (Fed. Cir. 2007). The appeal period for Commission determinations expires "60 days after the determination becomes final." 19 U.S.C. § 1337(c).

### IV. ARGUMENT

As the Investigation is terminated at the Commission and there was no appeal within the appeal period, the stay of the instant case should be lifted pursuant to 28 U.S.C. § 1659(a). While Daimler obtained relief from various respondents at the Commission – including one

PLAINTIFF'S MOTION TO LIFT STAY - 2
(No. 2:16-cv-00518-RSM)

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

who provided certain wheels to Amazon – there still remain other wheels and relief not included in the resolution reached at the Commission which necessitate resuming the instant case against Amazon. Given the fact that the Commission's resolution of the Investigation has become final and the existence of outstanding legal and factual issues, it is appropriate now to reopen this matter.

## V. CONCLUSION

For the foregoing reasons, Daimler requests that the Court's stay of the instant case be lifted and the case be resumed.

**DATED** this 11th day of August, 2017.

    NICOLL BLACK & FEIG PLLC

    */s/ Larry E. Altenbrun*
    Larry E. Altenbrun, WSBA No. 31475
    **NICOLL BLACK & FEIG PLLC**
    1325 Fourth Avenue, Suite 1650
    Seattle, WA 98101
    Telephone: (206) 838-7555
    Facsimile: (206) 383-7515
    laltenbrun@nicollblack.com

    Shauna M. Wertheim, *Pro Hac Vice*
    Timothy W. Johnson, *Pro Hac Vice*
    Joanna L. Cohn, *Pro Hac Vice*
    **THE MARBURY LAW GROUP, PLLC**
    11800 Sunrise Valley Drive, 15th Floor
    Reston, Virginia 20191
    Telephone: (703) 391-2900
    Facsimile: (703) 391-2901
    swertheim@marburylaw.com
    tjohnson@marburylaw.com
    jcohn@marburylaw.com
    Attorneys for Plaintiff Daimler AG

PLAINTIFF'S MOTION TO LIFT STAY - 3
(No. 2:16-cv-00518-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury of the laws of the state of Washington that on August 11, 2017, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Grant E. Kinsel, WSBA No. 49576
GKinsel@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

/s/ Larry E. Altenbrun
Larry E. Altenbrun, WSBA No. 31475
*Attorneys for Plaintiff*

PLAINTIFF'S MOTION TO LIFT STAY - 4
(No. 2:16-cv-00518-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555