UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAIMLER AG, a German corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. C16-0518RSM<br><br>ORDER LIFTING STAY |

On August 11, 2017, Plaintiff moved to lift the stay on this matter on the basis that a pending International Trade Commission investigation had been resolved. Dkt. #21. Defendant has informed the Court that it does not oppose the motion. Dkt. #24. Having reviewed Plaintiff's motion and the Declaration thereto, the Court finds good cause to lift the stay. The Commission terminated the investigation and no appeal was filed. Accordingly, the Court hereby ORDERS:

1. Plaintiff's Motion to Lift Stay (Dkt. #21) is GRANTED, and the stay currently in place in this matter is LIFTED.

2. The Clerk SHALL issue an Order Regarding Initial Disclosures and Joint Status Report, which will set forth the initial deadlines in this matter.

DATED this 11th day of September, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1