UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAIMLER AG, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | No. 2:16-cv-00518-RSM <br><br> **STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

## STIPULATION

Defendant Amazon.com, Inc. ("Amazon") respectfully requests that the Court extend the time for Amazon to respond to Daimler's First Amended Complaint by fourteen days. Plaintiff Daimler AG ("Daimler") consents to Amazon's motion by the signature hereinbelow of the undersigned counsel. The current response date is October 20, 2017. This stipulated extension would continue Amazon's response date to November 3, 2017. This case, while filed in April 2016, was stayed until September 11, 2017, after which Daimler filed its First Amended Complaint on October 6, 2017. The proposed extension is made to allow Amazon sufficient time to prepare and respond to Daimler's First Amended Complaint.

STIPULATED MOTION RE: EXTENSION OF
TIME TO RESPOND TO COMPLAINT – 1
(NO. 2:16-CV-00518-RSM)

| | | |
|---|---|---|
| 1 | DATED: October 18, 2017 | By: */s/ Lane M. Polozola* |
| 2 | | Grant E. Kinsel (WSBA 49576) |
| | | Lane M. Polozola (WSBA 50138) |
| 3 | | **PERKINS COIE LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| 4 | | Seattle, WA 98101-3099 |
| | | Telephone: (206) 359-8000 |
| 5 | | Facsimile: (206) 359-9000 |
| | | Email: GKinsel@perkinscoie.com |
| 6 | | Email: LPolozola@perkinscoie.com |

*Attorneys for Defendant Amazon.com, Inc.*

By: */s/ Larry E. Altenbrun*
Larry E. Altenbrun, WSBA No. 31475
**Nicoll Black & Feig PLLC**
1325 Fourth Avenue, Suite 1650
Seattle, Washington 98101
Telephone: (206) 838-7555
Facsimile: (206) 383-7515
laltenbrun@nicollblack.com

Shauna M. Wertheim, *Pro Hac Vice*
Timothy W. Johnson, *Pro Hac Vice*
Joanna L. Cohn, *Pro Hac Vice*
**THE MARBURY LAW GROUP, PLLC**
11800 Sunrise Valley Drive, 15th Floor
Reston, Virginia 20191
Telephone: (703) 391-2900
Facsimile: (703) 391-2901
swertheim@marburylaw.com
tjohnson@marburylaw.com
jcohn@marburylaw.com

*Attorneys for Plaintiff Daimler AG*

STIPULATED MOTION RE: EXTENSION OF
TIME TO RESPOND TO COMPLAINT – 2
(NO. 2:16-CV-00518-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ORDER

**IT IS SO ORDERED**.

Dated this 18th day of October, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: */s/ Lane M. Polozola*
Grant E. Kinsel (WSBA 49576)
Lane M. Polozola (WSBA 50138)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: GKinsel@perkinscoie.com
Email: LPolozola@perkinscoie.com

*Attorneys for Defendant Amazon.com, Inc.*

By: */s/ Larry E. Altenbrun*
Larry E. Altenbrun, WSBA No. 31475
**Nicoll Black & Feig PLLC**
1325 Fourth Avenue, Suite 1650
Seattle, Washington 98101
Telephone: (206) 838-7555
Facsimile: (206) 383-7515
laltenbrun@nicollblack.com

Shauna M. Wertheim, *Pro Hac Vice*
Timothy W. Johnson, *Pro Hac Vice*
Joanna L. Cohn, *Pro Hac Vice*
**THE MARBURY LAW GROUP, PLLC**
11800 Sunrise Valley Drive, 15th Floor
Reston, Virginia 20191
Telephone: (703) 391-2900
Facsimile: (703) 391-2901
swertheim@marburylaw.com
tjohnson@marburylaw.com
jcohn@marburylaw.com

*Attorneys for Plaintiff Daimler AG*

STIPULATED MOTION RE: EXTENSION OF
TIME TO RESPOND TO COMPLAINT – 3
(NO. 2:16-CV-00518-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000