UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAIMLER AG,

              Plaintiff,

  v.

AMAZON.COM, INC.,

              Defendant.

No. C16-518 RSM

**STIPULATED MOTION AND ORDER AMENDING SCHEDULING ORDER**

Pursuant to LCR 10(g), Plaintiff Daimler AG ("Daimler") and Defendant Amazon.com, Inc. ("Amazon") respectfully stipulate and jointly move the Court to amend the Order Setting Trial Date and Related Deadlines (Dkt. No. 32) ("Scheduling Order") by striking the *Markman*-related deadlines in this case, as noted below.

The parties respectfully submit that good cause exists for the proposed amendments to the schedule. In this case, Daimler asserts trademark-related and design-patent claims, but does not assert any utility patent claims. This District's Local Patent Rules accordingly do not apply as a general matter. *See* Local Patent Rule 101 (patent rules apply to civil actions which involve utility patents). The parties, after conferring, agree that given the scope of the case and fact that with respect to the patent claims only design patents are at issue, formal infringement and invalidity contentions and accompanying *Markman* deadlines are unnecessary.

STIPULATED MOTION AND ORDER
AMENDING SCHEDULING ORDER – 1
(NO. 2:16-CV-00518-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

To reduce the burden on the Court and the parties, Daimler and Amazon accordingly request that the Court amend the case schedule by striking the deadlines for infringement and invalidity contentions, *Markman*-expert reports, claim construction exchanges and briefing, and the *Markman* hearing. The parties agree that they will set out their respective positions on infringement and invalidity in discovery responses in accordance with the case schedule. No other dates in the Scheduling Order would be modified and the parties' request would not result in an extension of the overall case schedule or trial date.

A proposed amended case schedule is set forth below.

| JURY TRIAL DATE | January 15, 2019 |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | 7/20/2018 |
| Rebuttal expert reports due | 8/20/2018 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(d)(3) or CR37(a)(2)(B) | 8/17/2018 |
| Discovery completed by | 9/17/2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | 10/15/2018 |
| Settlement conference per CR 39.1(c)(2) held no later than | 12/10/2018 |
| Mediation per CR 39.1(c)(3) held no later than | 12/18/2018 |
| All motions in limine must be filed by and noted on the motion calendar for the third Friday thereafter pursuant to CR7(d) | 12/18/2018 |
| Agreed pretrial order due | 1/3/2019 |
| Trial briefs, proposed voir dire questions and jury instructions | 1/10/2019 |
| Pretrial conference to be scheduled by the Court. | |

STIPULATED MOTION AND ORDER
AMENDING SCHEDULING ORDER – 2
(NO. 2:16-CV-00518-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | DATED: January 18, 2018 | By: */s/ Lane M. Polozola* |
| 2 | | Grant E. Kinsel (WSBA 49576) |
| | | Lane M. Polozola (WSBA 50138) |
| 3 | | **PERKINS COIE LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| 4 | | Seattle, WA 98101-3099 |
| | | Telephone: 206.359.8000 |
| 5 | | Facsimile: 206.359.9000 |
| | | Email: GKinsel@perkinscoie.com |
| 6 | | Email: LPolozola@perkinscoie.com |

*Attorneys for Defendant Amazon.com, Inc.*

By: */s/ Shauna M. Wertheim*
Larry E. Altenbrun, WSBA No. 31475
**Nicoll Black & Feig PLLC**
1325 Fourth Avenue, Suite 1650
Seattle, Washington 98101
Telephone: (206) 838-7555
Facsimile: (206) 383-7515
laltenbrun@nicollblack.com

Shauna M. Wertheim, *Pro Hac Vice*
Timothy W. Johnson, *Pro Hac Vice*
Joanna L. Cohn, *Pro Hac Vice*
**THE MARBURY LAW GROUP, PLLC**
11800 Sunrise Valley Drive, 15th Floor
Reston, Virginia 20191
Telephone: (703) 391-2900
Facsimile: (703) 391-2901
swertheim@marburylaw.com
tjohnson@marburylaw.com
jcohn@marburylaw.com

*Attorneys for Plaintiff Daimler AG*

---

STIPULATED MOTION AND ORDER
AMENDING SCHEDULING ORDER – 3
(NO. 2:16-CV-00518-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

For good cause shown, IT IS SO ORDERED this 18th day of January 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: */s/ Lane M. Polozola*
Grant E. Kinsel (WSBA 49576)
Lane M. Polozola (WSBA 50138)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: GKinsel@perkinscoie.com
Email: LPolozola@perkinscoie.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER
AMENDING SCHEDULING ORDER – 4
(NO. 2:16-CV-00518-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| 1 | |
| 2 | By: */s/ Shauna M. Wertheim*<br>Larry E. Altenbrun, WSBA No. 31475 |
| 3 | **Nicoll Black & Feig PLLC**<br>1325 Fourth Avenue, Suite 1650 |
| 4 | Seattle, Washington 98101<br>Telephone: (206) 838-7555 |
| 5 | Facsimile: (206) 383-7515<br>laltenbrun@nicollblack.com |
| 6 | Shauna M. Wertheim, *Pro Hac Vice* |
| 7 | Timothy W. Johnson, *Pro Hac Vice*<br>Joanna L. Cohn, *Pro Hac Vice* |
| 8 | **THE MARBURY LAW GROUP, PLLC**<br>11800 Sunrise Valley Drive, 15th Floor |
| 9 | Reston, Virginia 20191<br>Telephone: (703) 391-2900 |
| 10 | Facsimile: (703) 391-2901<br>swertheim@marburylaw.com |
| 11 | tjohnson@marburylaw.com<br>jcohn@marburylaw.com |
| 12 | *Attorneys for Plaintiff Daimler AG* |

STIPULATED MOTION AND ORDER
AMENDING SCHEDULING ORDER – 5
(NO. 2:16-CV-00518-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000