# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DAIMLER AG,

        Plaintiff,

v.

AMAZON.COM, INC.,

        Defendant.

No. C16-518 RSM

**STIPULATED MOTION AND ORDER TO AMEND SCHEDULING ORDER**

Pursuant to LCR 10(g), Plaintiff Daimler AG ("Daimler") and Defendant Amazon.com, Inc. ("Amazon") respectfully stipulate and jointly move the Court to amend the Order Setting Trial Date and Related Deadlines (Dkt. No. 39) ("Scheduling Order") by extending the trial date and modifying the preceding dates, as noted below. This is the second time the parties have requested an extension.

The parties respectfully submit that good cause exists for the proposed amendments to the schedule. Daimler and Amazon are presently negotiating the final terms of a settlement agreement that encompasses this proceeding, as well as a trademark infringement action between the parties in the Central District of California (Case No. 2:17-cv-07674). Accordingly, the parties anticipate finalizing their settlement and filing appropriate dismissal paperwork well within the requested extension time of 90 days. In light of the progress made towards settlement, the parties believe that a 90-day extension of all deadlines would allow them to finalize the

STIPULATED MOTION AND
ORDER TO AMEND SCHEDULING ORDER - 1
(2:16-cv-00518-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

settlement and dismiss this case, or if the settlement is not finalized, finish preparing their respective cases for trial. Such an extension would allow the parties to avoid the unnecessary expenditure of time and resources and focus on resolving this matter without the need to burden the Court further.

Daimler and Amazon, after conferring, agree that given the scope and status of the case and the settlement negotiations, a 90-day extension of the trial date and modification to the case schedule is warranted.

A proposed amended case schedule is set forth below.

| | |
|---|---|
| **JURY TRIAL DATE** | August 19, 2019 or later at the Court's convenience |
| Deadline for disclosure of expert testimony under FRCP 26(a)(2) | February 19, 2019 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | March 21, 2019 |
| Discovery completed by | April 22, 2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | May 20, 2019 |
| Mediation per LCR 39.1(c)(3) held no later than | July 5, 2019 |
| All motions in limine must be filed by and noted on the motion calendar for the third Friday thereafter pursuant to LCR 7(d) | July 22, 2019 |
| Agreed pretrial order due | August 6, 2019 |
| Pretrial conference to be scheduled by the Court. | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and | August 14, 2019 |

STIPULATED MOTION AND
ORDER TO AMEND SCHEDULING ORDER - 2
(2:16-cv-00518-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

| trial exhibits due | |

DATED: November 19, 2018

By:   s/ Larry Altenbrun
Larry E. Altenbrun, WSBA No. 31475
**Nicoll Black & Feig**
1325 Fourth Ave., Suite 1650
Seattle, WA 98101
Tel: (206) 838-7555
Fax: (206) 838-7515

THE MARBURY LAW GROUP, PLLC
Shauna M. Wertheim
Timothy W. Johnson
Joanna L. Cohn
11800 Sunrise Valley Drive, 15th Fl.
Reston, Virginia 20191
Telephone: (703) 391-2900
Facsimile: (703) 391-2901
swertheim@marburylaw.com
tjohnson@marburylaw.com
jcohn@marburylaw.com
*Pro Hac Vice Counsel*

Attorneys for Plaintiff Daimler AG

DATED: November 19, 2018

By:   s/ Lane M. Polozola
Grant E. Kinsel (WSBA 49576)
Lane M. Polozola (WSBA 50138)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: GKinsel@perkinscoie.com
Email: LPolozola@perkinscoie.com

Attorneys for Defendant Amazon.com, Inc.

//

STIPULATED MOTION AND
ORDER TO AMEND SCHEDULING ORDER - 3
(2:16-cv-00518-RSM)

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

For good cause shown, IT IS SO ORDERED this 21st day of November 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

_____
Larry E. Altenbrun, WSBA No. 31475
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
Telephone: (206) 838-7555
Facsimile: (206) 383-7515
laltenbrun@nicollblack.com

Shauna M. Wertheim, *Pro Hac Vice*
Timothy W. Johnson, *Pro Hac Vice*
Joanna L. Cohn, *Pro Hac Vice*
**THE MARBURY LAW GROUP, PLLC**
11800 Sunrise Valley Drive, 15th Floor
Reston, Virginia 20191
Telephone: (703) 391-2900
Facsimile: (703) 391-2901
swertheim@marburylaw.com
tjohnson@marburylaw.com
jcohn@marburylaw.com

Attorneys for Plaintiff Daimler AG

STIPULATED MOTION AND
ORDER TO AMEND SCHEDULING ORDER - 4
(2:16-cv-00518-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555