THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **DAIMLER AG,** | No. 2:16-cv-00518-RSM |
| **Plaintiff,** | **STIPULATED MOTION AND ORDER TO AMEND SCHEDULING ORDER** |
| v. | |
| **AMAZON.COM, INC.,** | |
| **Defendant.** | |

Pursuant to LCR 10(g), Plaintiff Daimler AG ("Daimler") and Defendant Amazon.com, Inc. ("Amazon") respectfully stipulate and jointly move the Court to amend the Order Setting Trial Date and Related Deadlines (ECF No. 43) ("Amended Scheduling Order") by extending the trial date and modifying the preceding dates, as noted below. This is the parties' fourth request for an extension of the trial dates and related deadlines.

The parties respectfully submit that good cause exists for the proposed amendments to the schedule. Daimler and Amazon have continued to negotiate the final terms of a settlement agreement that encompasses this proceeding, as well as a trademark infringement action between the parties in the Central District of California (Case No. 2:17-cv-07674), and are closer to resolution of all

Stipulated Motion and Order - 1
(No.: 2:16-cv-00518-RSM)

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

outstanding terms. Accordingly, the parties anticipate finalizing their settlement and filing appropriate dismissal paperwork within the requested extension time of 90 days. In light of the further progress made towards settlement, the parties believe that a 90-day extension of all deadlines would allow them to finalize the settlement and dismiss this case, or if the settlement is not finalized, finish preparing their respective cases for trial. Such an extension would allow the parties to avoid the unnecessary expenditure of time and resources and focus on resolving this matter without the need to burden the Court further.

Daimler and Amazon, after conferring, agree that given the scope and status of the case and the favorable posture of settlement negotiations, a 90-day extension of the trial date, and all discovery dates, as well as modification to the case schedule is warranted.

A proposed amended case schedule is set forth below.

| | |
|---|---|
| **JURY TRIAL DATE** | February 17, 2020 or later at the Court's convenience |
| Deadline for disclosure of expert witness testimony under FRCP 26(a)(2) | August 19, 2019 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | September 17, 2019 |
| Discovery completed by | October 21, 2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | November 14, 2019 |
| Mediation per LCR 39.1(c)(3) held no later than | January 2, 2020 |
| All motions in limine must be filed by and noted on the motion calendar for the third Friday thereafter pursuant to LCR 7(d) | January 16, 2020 |
| Agreed pretrial order due | February 3, 2020 |

Stipulated Motion and Order - 2
(No.: 2:16-cv-00518-RSM)

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

| | |
|---|---|
| Pretrial conference to be scheduled by the Court. | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | February 10, 2020 |

DATED: May 9, 2019

By:   */s/ Larry E. Altenbrun*
Larry E. Altenbrun, WSBA No. 31475
**Nicoll Black & Feig**
1325 Fourth Ave., Suite 1650
Seattle, WA 98101
Tel: (206) 838-7555
Fax: (206) 838-7515

THE MARBURY LAW GROUP, PLLC
Shauna M. Wertheim
Timothy W. Johnson
Joanna L. Cohn
11800 Sunrise Valley Drive, 15th Fl.
Reston, Virginia 20191
Telephone: (703) 391-2900
Facsimile: (703) 391-2901
swertheim@marburylaw.com
tjohnson@marburylaw.com
jcohn@marburylaw.com
*Pro Hac Vice Counsel*

Attorneys for Plaintiff Daimler AG

DATED: May 9, 2019

*\*\* Per e-mail authority*

By: */s/ Grant E. Kinsel*
Grant E. Kinsel (WSBA 49576)

**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: GKinsel@perkinscoie.com
Attorneys for Defendant Amazon.com, Inc.

Stipulated Motion and Order - 3
(No.: 2:16-cv-00518-RSM)

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

**ORDER**

For good cause shown, IT IS SO ORDERED, with the exception that February 17, 2020, is a holiday and the trial date is accordingly set for February 18, 2020.

DATED this 13 day of May 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Motion and Order - 4
(No.: 2:16-cv-00518-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

Presented by:

*/s/ Larry E. Altenbrun*
Larry E. Altenbrun, WSBA No. 31475
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
Telephone: (206) 838-7555
Facsimile: (206) 383-7515
laltenbrun@nicollblack.com

Shauna M. Wertheim, *Pro Hac Vice*
Timothy W. Johnson, *Pro Hac Vice*
Joanna L. Cohn, *Pro Hac Vice*
**THE MARBURY LAW GROUP, PLLC**
11800 Sunrise Valley Drive, 15th Floor
Reston, Virginia 20191
Telephone: (703) 391-2900
Facsimile: (703) 391-2901
swertheim@marburylaw.com
tjohnson@marburylaw.com
jcohn@marburylaw.com

Attorneys for Plaintiff Daimler AG

Stipulated Motion and Order - 5
(No.: 2:16-cv-00518-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555