UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAIMLER AG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　Defendant. | No. C16-518 RSM<br><br>**STIPULATED MOTION AND ORDER TO AMEND SCHEDULING ORDER** |

Pursuant to LCR 10(g), Plaintiff Daimler AG ("Daimler") and Defendant Amazon.com, Inc. ("Amazon") respectfully stipulate and jointly move the Court to amend the Order Setting Trial Date and Related Deadlines (ECF No. 43) ("Amended Scheduling Order") by extending the trial date and modifying the preceding dates, as noted below. This is the parties' fourth request for an extension of the trial dates and related deadlines.

The parties respectfully submit that good cause exists for the proposed amendments to the schedule. Daimler and Amazon have successfully completed their negotiations of the final terms of a settlement agreement that encompasses this proceeding, as well as a trademark infringement action between the parties in the Central District of California (Case No. 2:17-cv-07674), and request the

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

additional time of 60 days in order to finalize their settlement documents and prepare the appropriate dismissal paperwork. Such an extension would allow the parties to avoid the unnecessary expenditure of time and resources associated with the upcoming deadlines and instead focus on finalizing their settlement without the need to burden the Court further.

Daimler and Amazon, after conferring, agree that given the scope and status of the case and the favorable posture of settlement, a 60-day extension of the trial date, and all discovery dates, as well as modification to the case schedule is warranted.

A proposed amended case schedule is set forth below.

| | |
|---|---|
| **JURY TRIAL DATE** | April 20, 2020 or later at the Court's convenience |
| Deadline for disclosure of expert witness testimony under FRCP 26(a)(2) | October 18, 2019 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | November 18, 2019 |
| Discovery completed by | December 20, 2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | January 13, 2020 |
| Mediation per LCR 39.1(c)(3) held no later than | March 2, 2020 |
| All motions in limine must be filed by and noted on the motion calendar for the third Friday thereafter pursuant to LCR 7(d) | March 16, 2020 |
| Agreed pretrial order due | April 3, 2020 |
| Pretrial conference to be scheduled by the Court. | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | April 10, 2020 |

Stipulated Motion and Order - 2
(No.: 2:16-cv-00518-RSM)

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 14, 2019 | By: /s/ Larry E. Altenbrun |
| | | Larry E. Altenbrun, WSBA No. 31475 |
| 3 | | **Nicoll Black & Feig** |
| | | 1325 Fourth Ave., Suite 1650 |
| 4 | | Seattle, WA 98101 |
| | | Tel: (206) 838-7555 |
| 5 | | Fax: (206) 838-7515 |
| 6 | | |
| | | THE MARBURY LAW GROUP, PLLC |
| 7 | | Shauna M. Wertheim |
| | | Timothy W. Johnson |
| 8 | | Joanna L. Cohn |
| | | 11800 Sunrise Valley Drive, 15th Fl. |
| 9 | | Reston, Virginia 20191 |
| | | Telephone: (703) 391-2900 |
| 10 | | Facsimile: (703) 391-2901 |
| | | swertheim@marburylaw.com |
| 11 | | tjohnson@marburylaw.com |
| 12 | | jcohn@marburylaw.com |
| | | *Pro Hac Vice Counsel* |
| 13 | | |
| 14 | | Attorneys for Plaintiff Daimler AG |
| 15 | DATED: August 14, 2019 | *\*\* Per e-mail authority 8/14/19* |
| 16 | | By: /s/ Grant E. Kinsel |
| 17 | | Grant E. Kinsel (WSBA 49576) |
| 18 | | **PERKINS COIE LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| 19 | | Seattle, WA 98101-3099 |
| | | Telephone: 206.359.8000 |
| 20 | | Facsimile: 206.359.9000 |
| 21 | | Email: GKinsel@perkinscoie.com |
| 22 | | |
| | | Attorneys for Defendant Amazon.com, Inc. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

Stipulated Motion and Order - 3
(No.: 2:16-cv-00518-RSM)

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

# ORDER

IT IS SO ORDERED this 15th day of August 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

<u>/s/ Larry E. Altenbrun</u>
Larry E. Altenbrun, WSBA No. 31475
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
Telephone: (206) 838-7555
Facsimile: (206) 383-7515
laltenbrun@nicollblack.com

Shauna M. Wertheim, *Pro Hac Vice*
Timothy W. Johnson, *Pro Hac Vice*
Joanna L. Cohn, *Pro Hac Vice*
**THE MARBURY LAW GROUP, PLLC**
11800 Sunrise Valley Drive, 15th Floor
Reston, Virginia 20191
Telephone: (703) 391-2900
Facsimile: (703) 391-2901
swertheim@marburylaw.com
tjohnson@marburylaw.com
jcohn@marburylaw.com

Attorneys for Plaintiff Daimler AG

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

Stipulated Motion and Order - 4
(No.: 2:16-cv-00518-RSM)