1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

DAIMLER AG,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

No. C16-0518 RSM

STIPULATION AND ORDER OF
DISMISSAL AS TO ALL CLAIMS

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Daimler, AG ("Daimler"), and the defendant, Amazon.com, Inc. ("Amazon"), acting by and through their respective counsel, that the above-entitled action as to all claims shall be dismissed with prejudice and without costs, this matter having been fully settled and compromised between Daimler and Amazon.

DATED this 27th day of September, 2019.

\\

\\

\\

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

| | |
|---|---|
| 1 | |
| 2 | DATED: September 27, 2019 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | DATED: September 27, 2019 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

By: */s/ Larry E. Altenbrun*
Larry E. Altenbrun, WSBA No. 31475
**Nicoll Black & Feig**
1325 Fourth Ave., Suite 1650
Seattle, WA 98101
Tel: (206) 838-7555
Fax: (206) 838-7515

**THE MARBURY LAW GROUP, PLLC**
Shauna M. Wertheim
Timothy W. Johnson
Joanna L. Cohn
11800 Sunrise Valley Drive, 15th Fl.
Reston, Virginia 20191
Telephone:  (703) 391-2900
Facsimile:   (703) 391-2901
swertheim@marburylaw.com
tjohnson@marburylaw.com
jcohn@marburylaw.com
*Pro Hac Vice Counsel*

*Attorneys for Plaintiff Daimler AG*

By:      *Via E-Mail Authority*

*/s/ Grant E. Kinsel*
Grant E. Kinsel, WSBA No. 49576
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000
Email: GKinsel@perkinscoie.com

*Attorneys for Defendant Amazon.com, Inc.*

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON  98101
(206) 838-7555

STIPULATION AND ORDER - 2
(No.:  2:16-cv-00518-RSM)

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that this matter, including all claims and all remaining defendants, shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

For good cause shown, IT IS SO ORDERED this 27th day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

Presented by:


/s/ Larry E. Altenbrun
Larry E. Altenbrun, WSBA No. 31475
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
Telephone:  (206) 838-7555
Facsimile:  (206) 383-7515
laltenbrun@nicollblack.com


Shauna M. Wertheim, *Pro Hac Vice*
Timothy W. Johnson, *Pro Hac Vice*
Joanna L. Cohn, *Pro Hac Vice*
**THE MARBURY LAW GROUP, PLLC**
11800 Sunrise Valley Drive, 15th Floor
Reston, Virginia 20191
Telephone:  (703) 391-2900
Facsimile:   (703) 391-2901
swertheim@marburylaw.com
tjohnson@marburylaw.com
jcohn@marburylaw.com

*Attorneys for Plaintiff Daimler AG*

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON  98101
(206) 838-7555